**Order entered April 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00417-CV

### IN RE LESTER JON RUSTON, Relator

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F04-21379-M**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of
prohibition. We **ORDER** that relator bear the costs of this original proceeding.

/s/     ELIZABETH LANG-MIERS
         JUSTICE